IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES HURSHELL WHATLEY**                                                       **PLAINTIFF**

**V.**                                                                          **NO. 4:21-CV-55-DMB-DAS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social**
**Security Administration**                                                      **DEFENDANT**

## ORDER

On April 26, 2021, James Hurshell Whatley filed a complaint in the United States District Court for the Northern District of Mississippi seeking judicial review of the decision denying his claim for supplemental security income and/or disability insurance benefits. Doc. #1. On December 29, 2021, this Court reversed the unfavorable decision and remanded this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. #20. The next day, Whatley filed a motion for an award of attorney's fees in the amount of $5,424.27 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d),[1] made payable to him for the benefit of his counsel, for 26.60 total hours of work performed at the rate of $203.92 per hour. Doc. #21. The Commissioner does not object to the requested hourly award. Doc. #22.

In the absence of objection to the hourly rate and hours worked, the Court finds a fee award of $5,424.27 is reasonable and no special circumstance would make the award unjust. Accordingly, Whatley's motion for attorney's fees [21] is **GRANTED**. The Commissioner is **DIRECTED** to promptly pay Whatley $5,424.27 in attorney's fees for the benefit of his counsel. The award shall be made payable to Whatley and mailed to his counsel's address.

---

[1] The judgment in this case is properly considered final because the case was remanded pursuant to sentence four of 42 U.S.C. § 405(g), which "terminates the civil action seeking judicial review of the Secretary's final decision." *Shalala v. Schaefer*, 509 U.S. 292, 298–99 (1993) (cleaned up).

**SO ORDERED**, this 11th day of January, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**